UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18CR427 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| -vs- | ) | |
| | ) | |
| JAMES BRYANT, | ) | DEFENDANT'S MOTION FOR BOND |
| | ) | AND REVIEW OF PRETRIAL |
| Defendant. | ) | DETENTION ISSUES AND |
| | ) | *REQUEST FOR HEARING* |

Now comes the Defendant, James Bryant, by and through undersigned counsel, and herein moves this Honorable Court pursuant *inter alia.,* to Title 18 United States Code Sections 3141 and 3142, to review the matter of his current pretrial detention and grant him release on bond pending the outcome of the within criminal case.

Defendant James Bryant herein respectfully submits that he is neither a danger to the community nor a flight risk as such are defined under the law. Mr. Bryant submits that if released on a personal recognizance bond pending the resolution of this case, he intends to abide by any terms and conditions placed upon him by the Federal Probation Department and will show up for each and every future court hearing and/or probation department appearance.

Defendant James Bryant suffers from a number of serious medical conditions, which have worsened in recent weeks, including: chronic migraine and cluster headaches, diabetes, lung cancer, and spinal problems. Defendant submits that he has been suffering from these various medical conditions, which have increasing severity, almost his entire adult life, and that, prior to his arrest, he received comprehensive medical treatment (for headaches and diabetes) on a

1

weekly basis and often visited the Emergency Room, in addition to attending scheduled medical appointments, when his conditions got worse.

Counsel has been advised that Mr. Bryant was just recently taken to the hospital from the Northeast Ohio Correctional Center where he is presently incarcerated through the U.S. Marshal's Service, but the facility he was taken to was unwilling or unable to give him an MRI. Mr. Bryant has indicated that his head/brain condition is similar to that of his older brother who recently passed away.  Defendant submits that if released on bond, he will be able to obtain regular, necessary medical treatments through his Medicaid benefits, which he has been receiving for some time.  Mr. Bryant anticipates that his doctors will send him for an MRI and/or a PET Scan.  Mr. Bryan has advised counsel that his treating physician(s) believe he may have a brain tumor.

Pursuant to the applicable provisions of Title 18 United States Code, Sections 3141 and 3142, Defendant submits that this Honorable Court is authorized to conduct a hearing if necessary, and make a determination that he meets the criteria for release on bond pending the outcome of the instant criminal case against him.  Defendant herein submits that he is not a flight risk and, if released on bond and confined to Home Detention, the Defendant could be fitted with a GPS monitor so the Federal Probation Department could monitor him.

In closing, Defendant James Bryant notes his sincere gratitude for this Honorable Court's granting him a furlough so he could visit his recently deceased brother.  Defendant asks the Court to take his good behavior and abidance by the strict conditions of such furlough in considering the within Motion for Bond.  Defendant submits that at the close of this case, he may face some

extended incarceration.  Allowing Defendant James Bryant's release on bond at this time, to afford him an opportunity to further and better address his medical problems with his own doctors will likely afford him an opportunity to be in better health before such incarceration occurs.

                Respectfully submitted,

                 */s/ Gretchen A. Holderman*
                GRETCHEN A. HOLDERMAN (390058508)
                Lillie & Holderman
                2003 St. Clair Avenue
                Cleveland, Ohio 44114
                216-861-1313; Fax 216-861-1314
                gholderman@lillieholderman.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically on the 4th day of October, 2018, in accordance with the Court's Electronic Filing System.  Parties may access this filing through the Court's filing system.

                 */s/ Gretchen A. Holderman*
                GRETCHEN A. HOLDERMAN (390058508)